_____

No. 96-1712
_____

Robert B. Depugh,             *
                                 *
      Appellant,        *
                                 *
     v.                  *
                                 *

James Sutton, Carroll County  *
Deputy Sheriff; Willis       *
Swearingin; Michael W. Bradley, *  Appeal from the United States
Former Carroll County       *  District Court for the
Prosecuting Attorney; William  *  Western District of Missouri.
G. Hanson, Officer Des Moines  *
Iowa Police Department; Steve  *      [UNPUBLISHED]
Foritano, Assistant Polk     *
County Attorney All in their   *
official and personal       *
capacities,               *
                                 *
      Appellees.        *

_____

Submitted:  December 6, 1996

Filed:  December 11, 1996
_____

Before BOWMAN, BEAM, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Robert B. DePugh appeals the District Court's[1] grant of
summary judgment to defendants in his civil rights action based on
the issuance and execution of a Missouri search warrant.  Having
reviewed the record and the parties' briefs, we conclude the

_____

[1]The Honorable Ortrie D. Smith, United States District Judge
for the Western District of Missouri.

judgment of the District Court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.